FRANCIS C. SCHWAB, as Trustee of SCHWAB TERMINAL TRUST, v. THURMAN LEE, CROSS & BROWN COMPANY, a Corporation Organized under the Laws of the STATE OF NEW YORK, and Others, Impleaded, etc.— Motion denied, with ten

dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.